# SERVICE LIST

## In re Application for Exemption from Electronic Public Access Fees by Jennifer Gollan and Shane Shifflett

## 9th Circuit Case No. 12-16373

**Appellant / Jennifer Gollan and Shane Shifflett**

Judy Alexander
2302 Bobcat Trail
Soquel, CA 95073
Telephone: (831) 462-1692
Email: jalexander@judyalexanderlaw.com

Thomas R. Burke
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

**Real Party in Interest / United States District Court for the Northern District of California, San Francisco**

Clerk of Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489
Telephone: (415) 522-2000
Facsimile: (415) 522-3605

Honorable James Ware
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Telephone: (415) 522-2036
jwcrd@cand.uscourts.gov
(Courtroom Deputy)