No. 12-16373

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT,

JENNIFER GOLLAN; SHANE SHIFFLETT,

Applicants-Appellants.

On Appeal from the United States District Court
for the Northern District of California
D.C. No. 3:12-mc-80113-JW
(Honorable James Ware)

**APPLICANT-APPELLANTS' <u>SUPPLEMENT</u> TO MOTION
TO EXTEND TIME TO FILE OPENING BRIEF;
SUPPLEMENTAL DECLARATION OF ROCHELLE L. WILCOX**

THOMAS R. BURKE (SB# 141930)
 thomasburke@dwt.com
ROCHELLE L. WILCOX (SB# 197790)
 rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

JUDY ALEXANDER (SB# 116515)
 jalexander@judyalexander.com
2302 Bobcat Trail
Soquel, CA 95073
Telephone:  (831) 462-1692

Attorneys for Applicants-Appellants
JENNIFER GOLLAN and SHANE SHIFFLETT

1

## SUPPLEMENT TO MOTION FOR EXTENSION OF TIME

Come now Applicants-Appellants Jennifer Gollan and Shane Shifflett ("Appellants"), and respectfully submit the attached Supplemental Declaration of Rochelle L. Wilcox in support of Appellants' Motion for Extension of Time to File Opening Brief. Pursuant to Circuit Rule 31-2.2(b)(6), Appellants represent to the Court that on September 14, 2012, an assistant to the Honorable Claudia Wilkins, Chief Judge of the District Court for the Northern District of California, advised Appellants' counsel that the Court does not oppose the extension of time that Appellants seeks to file their Opening Brief. Supp. Wilcox Decl. ¶ 2. Thus, Appellants respectfully request that the Court grant their requested extension of time, until October 22, 2012, to file their Opening Brief.

RESPECTFULLY SUBMITTED this 14th day of September, 2012.

        LAW OFFICES OF JUDY ALEXANDER
        JUDY ALEXANDER

        DAVIS WRIGHT TREMAINE LLP
        THOMAS R. BURKE
        ROCHELLE L. WILCOX

        By  /s/  Thomas R. Burke
                Thomas R. Burke

        Attorneys for Applicants-Appellants
        JENNIFER GOLLAN and SHANE SHIFFLETT

## DECLARATION OF ROCHELLE L. WILCOX

I, Rochelle L. Wilcox, declare:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and am one of the attorneys representing Applicants-Appellants JENNIFER GOLLAN and SHANE SHIFFLETT ("Appellants") in this matter. I have personal knowledge of the matters stated below. I submit this declaration pursuant to Circuit Rule 31-2.2(b) in support of Appellants' motion for an extension of the date that its opening brief is due in this appeal.

2. On September 14, 2012, at approximately 9:15 a.m., I received a call from Uyen Trinh, who I understand to be an assistant to the Honorable Claudia Wilkins, Chief Judge of the United States District Court for the Northern District of California. Ms. Trinh informed me that Judge Wilkins does not oppose the extension of time that Appellants are seeking to file their Opening Brief. She then followed-up with an email confirming that the Court has no objection to the requested extension of time.

I declare under penalty of perjury under the laws of the United States of America that that this declaration was executed on 14th day of September, 2012 at Roseville, California and that the foregoing is true and correct.

                                                          /s/ Rochelle L. Wilcox_____
                                                          Rochelle L. Wilcox