|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | SEP 17 2012 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, | No. 12-16373<br><br>D.C. No. 3:12-mc-80113-JW<br>Northern District of California,<br>San Francisco |
| JENNIFER GOLLAN and SHANE SHIFFLETT,<br><br>Applicants - Appellants. | ORDER |

Appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due October 22, 2012.

Counsel is reminded of his obligation to contact the court reporter and court reporter supervisor in an effort to cause preparation of the court reporter transcripts and to describe such contacts in his notice. *See* 9th Cir. R. 11-1.2, amended July 1, 2006. Within 14 days after the date of this order, counsel shall file a Ninth Circuit Rule 11-1.2 notice.

>
> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 14Sept2012