```
                                                              FILED
        UNITED STATES COURT OF APPEALS
                                                            NOV 14 2012
             FOR THE NINTH CIRCUIT
                                                         MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, | No. 12-16373<br><br>D.C. No. 3:12-mc-80113-JW<br>Northern District of California, San Francisco |
| JENNIFER GOLLAN and SHANE SHIFFLETT,<br><br>Applicants - Appellants. | ORDER |

The United States Department of Justice's request for an extension of time to comply with the court's October 24, 2012 order is granted. The Department of Justice is granted until December 21, 2012 to notify this court whether they will appear on behalf of the Judicial Conference and/or Administrative Office of the Courts through an appearance as amicus curiae or as an intervenor in this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan V. Gelmis
Deputy Clerk

SVG/Moatt