IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, | No. 12-16373 |
| JENNIFER GOLLAN and SHANE SHIFFLETT,  Applicants - Appellants. | |

**NOTIFICATION OF PARTICIPATION
AS AMICUS CURIAE**

Pursuant to this Court's orders dated October 24, 2012, and November 14, 2012, the United States Department of Justice hereby notifies this Court that it will appear in the captioned case on behalf of the Administrative Office of United States Courts as amicus curiae. We anticipate filing a brief as amicus curiae within 30 days, by January 22, 2013 (January 20 is a Sunday, and January 21 is a holiday).

Respectfully submitted,

MATTHEW COLLETTE
(202) 514-4214

<u> /s/ H. Thomas Byron III </u>
H. THOMAS BYRON III
(202) 616-5367
  Attorneys, Appellate Staff
  Civil Division, Room 7260
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

DECEMBER 2012

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I electronically filed the foregoing Notification Of Participation As Amicus Curiae by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ H. Thomas Byron III
H. THOMAS BYRON III