Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. 12-16373

Case Name: In re: APPLICATION FOR EXEMPTIO v.

The Clerk will enter my appearance as counsel on behalf of: Administrative Office of U.S. Courts

- [ ] Appellant
- [ ] Petitioner
- [x] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

Lead counsel must be designated if a party is represented by more than one attorney or law firm.
- [ ] Check if you are lead counsel

- [ ] (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel):

| | |
|---|---|
| Signature | /s/ Matthew M. Collette |
| Date | Jan 2, 2013 |
| Name | Matthew M. Collette |
| Address | 950 Pennsylvania Ave., N.W. |
| | Rm. 7513 |
| City | Washington |
| State | DC |
| Zip Code | 20530 |
| Phone Number (for ex., 4153558000) | (202) 514-4214 |