**FILED**

**JAN 02 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, | No. 12-16373<br><br>D.C. No. 3:12-mc-80113-JW<br>Northern District of California,<br>San Francisco |
| JENNIFER GOLLAN and SHANE SHIFFLETT,<br><br>Applicants - Appellants. | ORDER |

The court is in receipt of the response filed by the United States Department of Justice to the order issued October 24, 2012 in this appeal. The amicus curiae brief for the Administrative Office of the Courts is due January 22, 2013. Appellants may file a reply brief within 14 days of service of the amicus curiae brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan V. Gelmis
Deputy Clerk/Motions Attorney

SVG/Moatt