UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, <br><br> JENNIFER GOLLAN and SHANE SHIFFLETT, <br><br> Applicants - Appellants. | No. 12-16373 <br><br> D.C. No. 3:12-mc-80113-JW <br> U.S. District Court for Northern California, San Francisco <br><br> **ORDER** |

The amicus brief submitted by Administrative Office of the United States Courts on January 22, 2013 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                                    FOR THE COURT:
                                                    Molly C. Dwyer
                                                    Clerk of Court

                                                    Gabriela Van Allen
                                                    Deputy Clerk