

Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly Dwyer
Clerk of Court

---

**NOTICE**

---

Parties are requested to submit electronically via Appellate ECF all Excerpts of Record, Supplemental Excerpts, and/or Further Excerpts previously filed in this case, unless the Excerpts contain sealed materials. If the Excerpts contain sealed materials, please electronically submit only the unsealed volumes.

Please electronically submit the Excerpts within 14 days of the date this notice was docketed.

On Appellate ECF, choose the filing category **Briefs** and the filing type **Submit Excerpts of Record for Review by the Court**. When asked for the Date of Service, please type in the date that you originally served the paper copies of your Excerpts.

Your electronic version should be identical to your paper version. The size limitation per PDF file is 50 MB. If your Excerpts are larger than 50 MB, please split up the PDF into multiple files. You may upload multiple PDF files in one transaction by using the "Add Another" button.

For answers to frequently asked questions, please go to:
http://www.ca9.uscourts.gov/cmecf/faqs/er/

If you cannot provide an electronic version of your Excerpts, please file a short letter to the Court explaining why. On Appellate ECF, choose the filing category **Correspondence/Status Reports** and the filing type **File Correspondence to Court**.

If you have already submitted an electronic version of your Excerpts, please disregard this notice.

The Court appreciates your time and attention to this request.