# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 12-16373 |
| Case Title | In re Application for Exemption |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 6/10/13 | Time | 9:00 am | Courtroom | 3 |

| | |
|---|---|
| Location | San Francisco |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | H. Thomas Byron III |
| Address | Civil Division, Appellate Staff, U.S. Department of Justice<br>950 Pennsylvania Ave., N.W., Rm. 7260 |

| | | | | | |
|---|---|---|---|---|---|
| City | Washington | State | DC | Zip Code | 20530 |
| Phone | (202) 616-5367 | Email Address | H.Thomas.Byron@usdoj.gov | | |

| | |
|---|---|
| Party/parties represented | Administrative Office of United States Courts (amicus curiae) |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ H. Thomas Byron III | Date | 4/12/13 |

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190