FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLICATION FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY JENNIFER GOLLAN AND SHANE SHIFFLETT, | No. 12-16373<br><br>D.C. No. 3:12-mc-80113-JW<br>Northern District of California,<br>San Francisco |
| JENNIFER GOLLAN; SHANE SHIFFLETT,<br><br>          Applicants - Appellants. | ORDER |

The Unopposed Motion for Leave to Present Oral Argument by Amicus Curiae Administrative Office of United States Courts is GRANTED.

Up to fifteen minutes of oral argument time on June 10, 2013 in San Francisco, is hereby designated for use by the Administrative Office. Its argument will follow appellant's opening argument and, should appellant reserve time, will come before appellant's rebuttal. Consistent with this court's prior order, appellant may argue for a total of fifteen minutes.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Kwok Wong
Deputy Clerk